IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**PATRICK WITCHER,**

    *Plaintiff*,

v.                                                Case No.:  **4:19cv539-MW/MJF**

**FLORIDA DEPARTMENT OF
CORRECTIONS,**

    *Defendant.*

_____/

## ORDER CLOSING THE FILE

The parties have filed a stipulation for dismissal with prejudice. ECF No. 111. The notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012). Accordingly, the Clerk must close the file.

**SO ORDERED on May 10, 2021.**

                                                             **s/Mark E. Walker              
                                                             United States District Judge**